IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| GULFSTREAM AEROSPACE CORP., <br> 500 Gulfstream Rd. <br> Savannah, GA 31408 <br><br> *Petitioner*, <br><br> v. <br><br> OPTICAL AIR DATA SYSTEMS, LLC, <br> 10781 James Payne Ct. <br> Manassa, VA 20110 <br><br> *Respondent*. | Case No. 1:20-cv-01033-LMB-MSN |

**ORDER**

THIS MATTER is before the Court on a Motion to File Under Seal filed by Respondent Optical Air Data Systems, LLC ("OADS"). OADS asks the Court for leave to file under seal its Opening Brief in Support of its Motion to Vacate Gulfstream Aerospace Corp.'s Arbitration Award and its accompanying Exhibits 1 and 3-42 and 44-64, filed contemporaneously therewith. The public has received notice of this request because OADS has filed a Notice and its motion publicly.

The Court finds that sealing the Opening Brief in Support of its Motion to Vacate Gulfstream Aerospace Corp.'s Arbitration Award and its accompanying Exhibits 1 and 3-42 and 44-64 is necessary to protect highly commercially sensitive financial data, trade secrets relating to design, performance, contract negotiations, licensing terms, and pricing data and other confidential information that would materially harm OADS, Gulfstream Aerospace Corp., and L3Harris—a non-party to this litigation—if disclosed. See GTSI Corp. v. Wildflower, Int'l, Inc., No. 1:09-CV-123, 2009 U.S. Dist. LEXIS 36618, at *24 (E.D. Va. Apr. 30, 2009). This ruling is consistent with, inter alia, the Confidentiality Agreement and Order entered into and granted by

the Superior Court of the State of Delaware on August 9, 2017 in *Optical Air Data Systems, LLC v. L-3 Communications Corp., et al.*, C.A. No. N17C-05-619 EMD (Del.Super.Ct.) at Docket No. 42. The parties' interest in protecting this commercially sensitive information outweighs the public's right to access that information. The Court also finds that no less drastic alternative can adequately protect this information because redacting the exhibits would leave them devoid of any substance.

Accordingly, the court GRANTS the motion and permits OADS to file under seal an unredacted version of its Opening Brief in Support of its Motion to Vacate Gulfstream Aerospace Corp.'s Arbitration Award (a redacted version already having been filed publicly) as well as the accompanying Exhibits 1 and 3-42 and 44-64.

Let the Clerk send a copy of this Order to all parties of record.

IT IS SO ORDERED.

/s/
Leonie M. Brinkema
United States District Judge

Entered this 16th day of September, 2020.